On appellant's petition for reconsideration filed June 7, former opinion filed May 8, petition granted; former opinion as modified adhered to August 22, 1978
See also 34 Or App 241, 578 P2d 467

FICKER, *Respondent,*
*v.*
DIEFENBACH, *Appellant.*
(No. 167-559, CA 8956)
578 P2d 467

Michael H. Marcus, Greg Bennett, Richard Forester, Gary Roberts, Louis Savage, Michael Schumann, Ralph Smith, Beverly Stein, Legal Aid Service, Portland, for petition.

BUTTLER J.

**BUTTLER, J.**

We adhere to our former opinion, *Ficker v. Diefenbach,* 34 Or App 241, 578 P2d 467 (1978), but modify it to the extent that the following sentence is deleted:

"* * * We now amplify that holding by stating that the reference to damages therein is to those damages authorized by other sections of the Act. * * *" 34 Or App at 247.

That statement was not necessary to our decision.

Petition for reconsideration granted; former opinion as modified adhered to.